FILED

12/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0250

MONTANA SUPREME COURT
P.O. Box 203003
Helena, MT 59620-3003
406-444-3858

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| STATE OF MONTANA,<br><br>    Appellee/Plaintiff,<br><br>-vs-<br><br>TANNER DAVID ALFORD,<br><br>    Appellant/Defendant. | Cause No. DA 24-0250<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION** |

UPON motion from the Appellant, with good cause appearing therefor, and with no objection from the Appellee, it is HEREBY ORDERED that the Appellant's motion for an extension of time within which to file his reply brief in the above-captioned cause of action is GRANTED.

Appellant shall have until February 3, 2025, to file his reply brief.

ELECTRONICALLY SIGNED AND DATED BY THE COURT

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 23 2024